writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. John W. Shine and Mr. Wade H. Ellis* for the petitioner. *Mr. Edwin A. Jones* for the respondent.

---

No. 1034. CHARLES NEMCOF ET AL., PETITIONERS, *v.* THE UNITED STATES. April 28, 1913. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. E. Clinton Rhoads* for the petitioner. *The Attorney General, Mr. Assistant Attorney General Denison* and *Mr. Louis G. Bissell* for the respondent.

---

No. 1059. MISSOURI-EDISON ELECTRIC COMPANY ET AL., PETITIONERS, *v.* MORGAN JONES ET AL. April 28, 1913. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. H. S. Priest, Mr. B. Schnurmacher* and *Mr. Wade H. Ellis* for the petitioners. *Mr. D. T. Bomar, Mr. Eleneious Smith* and *Mr. Ford W. Thompson* for the respondents.

---

No. 1061. T. F. BAKER ET AL., PETITIONERS, *v.* THE UNITED STATES. April 28, 1913. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. I. W. Stevens* and *Mr. Geo. E. Miller* for the petitioners. *The Attorney General* and *Mr. Assistant Attorney General Adkins* for the respondent.

---

No. 1063. LEONARD A. HOCHSTADTER, PETITIONER, *v.* ALBERT O. BROWN ET AL., ETC. April 28, 1913. Petition